UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JOSE HERRERA, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　　　Defendants. | No. 1:16-cv-01053-DAD-SKO<br><br>ORDER DIRECTING CLERK OF COURT TO AMEND DOCKET AND REFERRING TO MAGISTRATE JUDGE<br><br>(Doc. No. 6) |

　　　This matter contains allegations of civil rights violations related to plaintiff's incarceration in a prison in California. As such, the court directs the Clerk of Court to amend the docket in this matter to reflect the designation of this case as a prisoner case by adding the suffix "PC" to the case number. Further, the court refers this case to the assigned magistrate judge for further proceedings, pursuant to Local Rule 302(c)(15).

　　　All pending hearing dates are hereby vacated and all pending motions shall be re-noticed for hearing before the assigned magistrate judge.

IT IS SO ORDERED.

Dated: __October 12, 2016__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1