UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JOSE HERRERA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | No. 1:16-cv-01053-DAD-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION TO DISMISS DEFENDANT PFEIFFER<br><br>(Doc. Nos. 16, 20) |

This civil rights action, involving plaintiffs' claims stemming from the shooting death of inmate Jose E. Herrera, was brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On January 12, 2017, the assigned magistrate judge issued findings and recommendations recommending that defendant Pfeiffer's motion to dismiss, which was not opposed by plaintiffs, be granted. (Doc. Nos. 19, 20.) The findings and recommendations gave the parties twenty-one days to file objections thereto. (*Id*.) No objections have been filed and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the undersigned concludes the findings and recommendations are supported by the record and by proper analysis.

1

Accordingly:

1. The findings and recommendations issued on January 12, 2017 (Doc. No. 20) are adopted in full; and

2. The motion to dismiss (Doc. No. 16) is granted and defendant Pfeiffer is dismissed from this action without prejudice.

IT IS SO ORDERED.

Dated: **April 19, 2017**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE