# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. HERRERA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CALIFORNIA DEPARTMETN OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01053-DAD-SKO (PC)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PER STIPULATION**<br><br>**(Doc. 29)** |

　　　Plaintiffs Jose A. Herrera, Martha Herrera, and The Estate of Jose Herrera, along with Defendant Bradley Atkinson, have resolved this case in its entirety. On January 26, 2018, the parties submitted a fully executed stipulations for voluntary dismissal with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear their own litigation costs and attorney's fees. (Doc. 29.)

　　　Pursuant to the parties' stipulation, it is HEREBY ORDERED that this action is dismissed with prejudice and the Clerk of the Court is ordered to close the case.

IT IS SO ORDERED.

Dated: **January 29, 2018**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE